# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARD C. GRAVES,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**No. 04-CV-311- DRH**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Philip M Frazier.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency is **REVERSED** and this case is **REMANDED** back to the ALJ for further proceedings.

                **NORBERT G. JAWORSKI, CLERK**

October 2, 2005.　　　　　　　　　　By: s/Patricia Brown
　　　　　　　　　　　　　　　　　　Deputy Clerk

APPROVED: /s/　　David RHerndon
　　　　　**U.S. DISTRICT JUDGE**